UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                        RE:    Sonia Esperanza MORFIN
                                 Court Name: Sonya MORFIN-WALLE
                                 Docket Number: 2:92CR00460-01
                                 **REQUEST FOR PERMISSION TO**
                                 **DISCLOSE DOCUMENTS**

Your Honor:

Our office has received a request from the United States Department of Justice, Pardon Attorney's Office for a copy of the Presentence Report, Judgment and Commitment Order, and Statement of Reasons on the above-referenced individual. Her application for Pardon is being considered. We are seeking approval to send these documents. Ms. Morfin has signed a waiver agreeing to their disclosure.

                              Respectfully submitted,

                              /s/ George A. Vidales
                              **GEORGE A. VIDALES**
                              **Senior United States Probation Officer**

Dated:        September 20, 2011
                 Elk Grove, California
                 GAV/cj

**REVIEWED BY:**    /s/ Michael A. Sipe
                              **MICHAEL A. SIPE**
                              **Supervising United States Probation Officer**

RE:  Sonia Esperanza MORFIN
     Court Name:  Sonya MORFIN-WALLE
     Docket Number:  2:92CR00460-01
     **REQUEST FOR PERMISSION TO DISCLOSE DOCUMENTS**

AGREE:  __X_____  DISAGREE:  _____

Dated:  September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge